JACKSON LEWIS P.C.
JAMES T. JONES (SBN 167967)
EVAN D. BEECHER (SBN 280364)
KELSEY F. MORRIS (SBN 311117)
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
E-mail: *james.jones@jacksonlewis.com*
E-mail: *evan.beecher@jacksonlewis.com*
E-mail: *kelsey.morris@jacksonlewis.com*

Attorneys for Defendant
OLD DOMINION FREIGHT LINE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KRISTIN KEECH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OLD DOMINION FREIGHT LINE, INC.; SHERI FRASINETTI; and DOES 1 – 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-000767-TLN-AC<br><br>**SUPPLEMENTAL DECLARATION OF EVAN D. BEECHER IN SUPPORT OF DEFENDANT OLD DOMINION FREIGHT LINE, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446 (DIVERSITY)** |

I, Evan D. Beecher, declare:

1. I am an attorney at the law firm of Jackson Lewis P.C., and one of the attorneys responsible for representing Defendant Old Dominion Freight Line, Inc. ("Defendant") in the above-captioned action. I submit this Supplemental Declaration in support of Defendant's "Notice of Removal of Civil Action Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 (Diversity)." The following is based on my personal knowledge and knowledge I have acquired from my review of, and familiarity with, the files and documents in the above-captioned action. If called upon to testify as a witness in this action, I could and would competently testify thereto.

/ / /

/ / /

On May 5, 2022, Defendant filed its Notice of Removal of Civil Action Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 (Diversity).  At that time, through the accompanying Declaration of Evan D. Beecher, Defendant informed this Court that Plaintiff Kristin Keech's dismissal of individual defendant, Sheri Frasinetti, had been entered by the Sacramento County Superior Court on April 7, 2022, but a copy of the entered dismissal had not yet been received by Defendant and a copy would be provided to this Court upon receipt.  Defendant has now received a copy of the entered dismissal.  Thus, a true and correct copy of the Request for Dismissal entered by the Sacramento County Superior Court on April 7, 2022 is attached as **Exhibit A.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of May, 2022 at Sacramento, California.

_/s/ Evan Beecher_
Evan D. Beecher

# EXHIBIT A

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Navruz Avloni (SBN 279556); Zarrina Ozari (SBN 334443) <br> FIRM NAME: CALIFORNIA CIVIL RIGHTS LAW GROUP <br> STREET ADDRESS: 332 San Anselmo Ave. <br> CITY: San Anselmo  STATE: CA  ZIP CODE: 94960 <br> TELEPHONE NO.: (415) 453-4740  FAX NO.: (415) 785-7352 <br> E-MAIL ADDRESS: navruz@civilrightsca.com; zarrina@civilrightsca.com <br> ATTORNEY FOR (Name): Plaintiff Kristin Keech | **FILED/ENDORSED** <br> APR - 7 2022 <br> By: ____A. Turner____ <br> Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sacramento
STREET ADDRESS: 720 9th Street
MAILING ADDRESS: 720 9th Street
CITY AND ZIP CODE: Sacramento 95814
BRANCH NAME: Civil

Plaintiff/Petitioner: Kristin Keech
Defendant/Respondent: Old Dominion Freight Line, Inc., et al.

**REQUEST FOR DISMISSAL**

CASE NUMBER: 34-2022-00314289

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) [ ] With prejudice   (2) [x] Without prejudice
   b. (1) [ ] Complaint   (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):                                  on (date):
      (4) [ ] Cross-complaint filed by (name):                                  on (date):
      (5) [ ] Entire action of all parties and all causes of action
      (6) [x] Other (specify):* Dismissal ONLY as to Defendant Sheri Frasinetti. Each side to bear their own costs and fees.

BY FAX

2. (Complete in all cases except family law cases.)
The court [ ] did [x] did not waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).

Date: 04/06/2022
Zarrina Ozari, Esq.
(TYPE OR PRINT NAME OF [x] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)        (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
[x] Plaintiff/Petitioner  [ ] Defendant/Respondent
[ ] Cross Complainant

3. **TO THE CLERK:** Consent to the above dismissal is hereby given.**

Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)        (SIGNATURE)

** If a cross-complaint — or Response (Family Law) seeking affirmative relief — is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner  [ ] Defendant/Respondent
[ ] Cross Complainant

(To be completed by clerk)
4. [✓] Dismissal entered as requested on (date): APR - 7 2022
5. [ ] Dismissal entered on (date):                   as to only (name):
6. [ ] Dismissal **not entered** as requested for the following reasons (specify):

7. a. [ ] Attorney or party without attorney notified on (date):
   b. [ ] Attorney or party without attorney not notified. Filing party failed to provide
      [ ] a copy to be conformed   [ ] means to return conformed copy

Date: APR - 7 2022   Clerk, by _____, Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.; Gov. Code,
§ 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

CIV-110

| Plaintiff/Petitioner: Kristin Keech | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Old Dominion Freight Line, Inc., et al. | 34-2022-00314289 |

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

**Declaration Concerning Waived Court Fees**

1. The court waived court fees and costs in this action for *(name)*:

2. The person named in item 1 is *(check one below)*:
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*
3. ☐ All court fees and court costs that were waived in this action have been paid to the court *(check one)*:  Yes   No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date:

▶

_____          _____
(TYPE OR PRINT NAME OF   ☐ ATTORNEY   ☐ PARTY MAKING DECLARATION)                    (SIGNATURE)